UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN<br>DISASTER SITE LITIGATION | 21 MC 103 (AKH) |
| THIS DOCUMENT APPLIES TO ALL LOWER MANHATTAN DISASTER SITE LITIGATION IN WHICH THE BANK OF NEW YORK MELLON CORPORATION, AS SUCCESSOR TO THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK, ONE WALL STREET HOLDINGS LLC, 4101 AUSTIN BLVD. CORPORATION, AND THE BANK OF NEW YORK TRUST COMPANY, N.A., ARE DEFENDANTS | **CERTIFICATE OF SERVICE OF ELECTRONIC FILING** |

TO ALL COUNSEL OF RECORD:

On 7/21/08 the undersigned filed electronically, true copies of Notices of Adoption for The Bank of New York Company, Inc., The Bank of New York, One Wall Street Holdings LLC, and The Bank of New York Trust Company, NA to the Plaintiffs listed in the annexed Appendix A.

DATED:   New York, New York
         7/21/08

        SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
        Attorneys for The Bank Of New York Mellon Corporation,
        As Successor To The Bank Of New York Company, Inc.,
        The Bank Of New York,
        One Wall Street Holdings LLC,
        4101 Austin Blvd Corporation,
        The Bank of New York Trust Company, N.A.
        By: /S/_____
          Christian H. Gannon (CG-1621)
          830 Third Avenue, Suite 400
          New York, New York 10022
          (212) 651-7500

# APPENDIX A

| No. | Plaintiff Name | Index # |
|---|---|---|
| 1 | Alfonso, Pedro | 08CV02252 |
| 2 | Cabrera, Rolendio | 08CV02256 |
| 3 | Chirinos, Luis | 08CV02260 |
| 4 | Feliciano, Gladys | 08CV02267 |
| 5 | Garcia, Ladislao | 08CV02269 |
| 6 | Guiracocha, Cesar | 08CV02272 |
| 7 | Medina, Diego | 08CV02290 |
| 8 | Miranda, Susana | 08CV02293 |
| 9 | Nauta, Dalia | 08CV01015 |
| 10 | Ochoa, Gustavo | 08CV02296 |
| 11 | Olivo, Wilson | 08CV02297 |
| 12 | Szynkowski, Zbigniew | 08CV02308 |
| 13 | Toledo, Nelson | 08CV02332 |
| 14 | Torres, Aida | 08CV02309 |
| 15 | Vintimilla, Rosalia | 08CV02317 |